702 A.2d 849

**KHODARA ENVIRONMENTAL, INC., General Partner, on Behalf of EAGLE ENVIRONMENTAL, L.P., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, FISH AND BOAT COMMISSION, Appellee.**

Supreme Court of Pennsylvania.

Oct. 21, 1997.

### ORDER

PER CURIAM:

And now this 21st day of October, 1997, the order of Commonwealth Court is affirmed.